FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10/21/2019
JEFFREY P. COLWELL, CLERK

October 15, 2019

To: United States District Court, Civil Division
    901 19th Street
    Denver, Colorado 80294

From: Thomas L. Fast
      DC# 818015; Rm.# A1202L
      SSN 265-33 - 0058
      Martin Correctional Institution
      1150 SW Allapattah Road
      Indiantown, FL 34956



RE: *Unknown Parties v. Thomas L. Fast*
    Case No.: <u>unknown</u>

## **FREEDOM OF INFORMATION ACT REQUEST**

Dear United States District Court Clerk,

1.) This request is made under the Freedom of Information Act, FOIA, request 5 U.S.C. § 552 to provide, relinquish and forward to me, Thomas L. Fast, true and correct copy of all records, documents and/or files pertaining to cases filed in this Honorable Court that I, Thomas L. Fast, am entitled;

2.) This is my <u>first</u> request for production of records;

3.) I, Thomas L. Fast, have not been processed and served upon to proceedings in this Honorable Court since my attorney and I limousine was ambushed in December 1981 and my attorney was murdered and I was left for dead. The driver later died, prior to Court action to re-acquire my bank from Federal Bureau of Investigation, FBI, Tampa, FL office "MOB";

4.) Thomas L. Fast, is illegally imprisoned by the State of Florida, whom have specific United States Constitutional rights as a (former) federal officer and access to the court due process rights;

5.) Florida requires paper copy only, to all materials in your possession, for its prisoners. Paper copy to all documents, tapes, recordings, photographs, electronic mailings and/or files regarding any cases filed against Thomas L. Fast;

6.) Thomas L. Fast is victim to unknown legal practitioners whom are/have filed civil cases against Mr. Fast without service and process upon Thomas L. Fast. Due to probably fraudulent legal practices by Mr. Fast's Federal Bureau of Investigation, FBI, Tampa office contact stated "MOB(s)";

7.) The filings against Mr. Fast in your Court are 28 U.S.C. § 2254; 42 U.S.C. § 1983; and, United States Department of Justice evidences and issues;

8.) Mr. Fast is eligible for one free copy of all filings relating to the documents, cases in your files due to his "in forma pauperis" documents filed in United States Middle District Court, Tampa, FL 28 U.S.C. § 2254 case no. 8:17-cv-2670-T-60AEP (note: new case number) and open Eleventh Circuit Court of Appeals, Atlanta, GA case no.: 18:11071-JJ.  See "Certificate of Interested Persons," in the Eleventh U.S.C.A.;

9.) Upon this Honorable Court request, Thomas L. Fast will forward a "in forma pauperis" form and a "Certificate of Interested Persons" or listing of Thomas L. Fast's known adversaries in their battery of illegal proceedings against Thomas L. Fast, if necessary;

10.)  Thank you for your professional ethics, time, patience and considerations to this FOIA request.  I, Thomas L. Fast, am looking forward to your positive reply.

Respectfully submitted on this 15th day of October, 2019.

/s/

Thomas L. Fast, DC# 818015
Martin Correctional Institution
1150 SW Allapattah Road
Indiantown, FL 34956

## UNNOTARIZED SWORN OATH

Under the penalties of perjury, 28 U.S.C. § 1746, I have read the foregoing Freedom of Information Act request and the facts stated in it are true.  Executed on this 15th day of October, 2019.

/s/

Thomas L. Fast, DC# 818015
Martin Correctional Institution
1150 SW Allapattah Road
Indiantown, FL 34956



Thomas L. Fast
#816015 RM# A1202L
Martin Correctional Institution
1150 S.W. Allapattah Road
Indiantown, Florida 34956

PROVIDED TO
MARTIN CORRECTIONAL INSTITUTION
ON 10/15/19
FOR MAILING

THIS MAIL ORIGINATED AT
MARTIN CORRECTIONAL INSTITUTION

— LEGAL MAIL —

W. PALM BCH
FL 334
15 OCT '19
PM 1 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0000931723
$ 000.50⁰
OCT 15 2019
MAILED FROM ZIP CODE 34956

United States District Court
United States Clerk of the Court
Civil Division
901 19th Street
Denver, Colorado
80294-250151